# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**COURTNEY ADAMS,**

        **Plaintiff,**

**v.**                                                      **Case No: 6:22-cv-1652-PGB-DCI**

**ARTSANA USA INC.,**

        **Defendant.**

_____/

## ORDER

This cause is before the Court on the Plaintiff's Notice of Voluntary Dismissal, filed November 8, 2022 (Doc. 20) before the Defendant answered or filed a summary judgment motion. Thus, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's individual claims against Defendant Artsana USA Inc. are **DISMISSED WITH PREJUDICE**. Plaintiff's alleged class claims against Defendant Artsana USA Inc. are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on November 18, 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

2

Copies furnished to:

Counsel of Record
Unrepresented Parties